IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'24 SEP 5 PM3:09

Michael J McGinnis

**Complaint for Employment Discrimination**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

-against-

Service Experts LLC DBA
Service Experts Heating and Air Conditioning
Brookfield Asset Management
Ted Drost and Nicholas Blaylock

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

HD

Rcv'd by: _____

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Michael J McGinnis

Street Address            2115 Harrow Drive

City and County            Woodstock    Howard

State and Zip Code            Maryland    21163

Telephone Number            410 409 8248

E-mail Address            mmcginnis530@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1            Service Experts LLC DBA

Name            Service Experts Heating and AC

Job or Title
(if known)

Street Address            1840 N. Greenville Aven

City and County            Richardson,  Dallas County

State and Zip Code            Texas    75081

Telephone Number            866 397 3787

E-mail Address
(if known)

2

Defendant No. 2

Name Brookfield Corporation DBA Brookfield Asset Management

Job or Title (if known)

Street Address Brookfield Place 250 Vesey Street, 15th Floor

City and County New York, New York County

State and Zip Code New York 10821-0221

Telephone Number 212 417 7000

E-mail Address (if known)

Defendant No. 3

Name Ted Drost

Job or Title (if known) Senior VP Domifi

Street Address 1107 Oak Street

City and County Winnetka, Cook County

State and Zip Code Illinois, 60093

Telephone Number 833 4366474

E-mail Address (if known) ted.drost@domifi.con

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)* See Attacked

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name Service Experts Heating and Ac

Street Address 1840 N. Greenville Avan

City and County Richardson Dallas

State and Zip Code Texas 75081

Telephone Number 866 397 3787

Note: I worked remotely from this address

2115 Harrow Drive Woodstock, Howard County Maryland 21163 phone 410-409 8248

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*Continuation Sheet*

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name *Nicholas Blaylock*

    Job or Title *Key Account Manager, Allied Air*
    (if known)

    Street Address *7039 E. 120th Street*

    City and County *Bixby, Tulsa County*

    State and Zip Code *Oklahoma 74008*

    Telephone Number *214 675 5283 or 979 690 7633*

    E-mail Address _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐   Federal question           ☒   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Title VII of the Civil Rights Act 1964_
_Title I of the Americans with_
_Disabilities Act_

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _Michael J McGinnis_, is a citizen of the State of *(name)* _Maryland_.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.   If the defendant is a corporation

        The defendant, *(name)* __Service Experts__ is incorporated under the laws of the State of *(name)* ____Texas____, and has its principal place of business in the State of *(name)* ____Texas____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

____Pain and suffering, emotional harm, lost wages due to mental health relapse____

Defendant

#2 Brookfield Corporation Canadian Based with Corporate office in New York

#3 Ted Drost   Illinois

#4 Nicholas Blaylock   Oklahoma

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐      Failure to hire me.

☐      Termination of my employment.

☐      Failure to promote me.

☒      Failure to accommodate my disability.

☒      Unequal terms and conditions of my employment.

☒      Retaliation.

☐      Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s) _January 2023 - June 30, 2023_

C.      I believe that defendant(s) *(check one)*:

☐      is/are still committing these acts against me.

☒      is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐      race _____

☐      color _____

☐      gender/sex _____

☐      religion _____

☐      national origin _____

☒      age.  My year of birth is __1973__ . *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☒      disability or perceived disability *(specify disability)* _bipolar and PTSD and Manic Depres_ _mentel abuse and harassment_

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

Stated mental health disabilities when hired
Bipolar, Manic Depression, PTSD
Manager Nicholas Blaylock targeted me
and members of our team, verbally
abused us, yelled that I "was lying"
let younger employees steal my
accounts, made comments about my age

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Continued, See Attached

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

3 / 29 / 2024

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*

Opened June 8, 2024

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

*Continued on back as Well*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Continuation of Facts

Replaced me and other older team members with younger less experienced employees that were his friends

I called Mr. Blaylock's boss Ted Drost. Mr Drost previously sent me an email apologizing for the way the company and staff had treated me and he was aware of my mental health issues. He refused to help, instructed me to speak with Mr. Blaylock only

Mr. Blaylock then retaliated against me, mentally abused me, harassed and yelled at me, called me a liar. Made comment about 'teaching' old guys new tricks"

He then fired me while I was taking time off to avoid the abuse

Continued -

Service Experts did not protect the company employees, and mental health problems were rampant due to mismanagenet and poor oversight

Brookfield owns Service Experts and were fully aware of the problems and management issues and after I was abused and discruction descriminated against, I was wrongfully terminated.

Shortly there after, the people involved were fired because of the large number of EEOC and Harassment Complants

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief request from Service Experts $300,000 for Pain suffering mental anguish inconvenience reduction in future income and mental health injury and relapse, in Compensatory damages

Relief from Brookfield Corp

Compensatory Damages of $50,000 for the mental anguish and Punitive Damages of $50,000 for being aware of the claims of abuse and failing to respond or address the situation

Relief from Ted Drost Compensatory Damages for being aware of my mental health disabilities and ignoring my request for aid or assistance while being made aware of the abuse Nicholas Blaylock was inflicting

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Relief from Nicholas Blaylock $100,000 in Compensatory damages for the pain, suffering and mental anguish I experienced as a result of his retaliatory behavior, abusive comments, intimidation and for firing me for "abandoment of duties" after I took approved time off to seek help from my doctor and to take a mental break from the toxic work environment he created

7

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sep 5 , 20 24

Signature of Plaintiff

Printed Name of Plaintiff    Michael J McGinnis

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

8