**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MICHAEL J. MCGINNIS,**

   *Plaintiff*,

  **v.**              **Case No. 1:24-cv-02581-JRR**

**SERVICE EXPERTS, LLC,** *et al.*,

   *Defendants*.

## ORDER

Plaintiff filed the instant Complaint on September 5, 2024. By Order on September 17, 2024, the court instructed Plaintiff to complete the U.S. Marshal and summons forms and return the forms to the Clerk within twenty-one days. The court further explained to Plaintiff that failure to return the forms to the Clerk by the deadline may result in dismissal without prejudice of Plaintiff's Complaint.

In view of Plaintiff's failure to furnish a copy of the U.S. Marshal and summons forms for Defendants in accordance with the court's order at ECF No. 4, it is this 7th day of January 2025,

  **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Madam Clerk shall transmit a copy of this order to Plaintiff.


            __/S/_____
            Julie R. Rubin
            United States District Judge